AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*    DISTRICT OF   NEVADA

GENE ANTHONY ALLEN,

     Petitioner,    JUDGMENT IN A CIVIL CASE
V.

                                  CASE NUMBER: **3:11-cv-00389-ECR-VPC**

STATE OF NEVADA, et al.,

     Respondents.

\_\_\_    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED with prejudice as a successive petition.


  June 24, 2011        **LANCE S. WILSON**
                                                                 Clerk

                                                               /s/ Katie Lynn Ogden
                                                                    Deputy Clerk